IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TADESSE BAYENE, | ) | 8:11CV250 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FARMLAND FOODS, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff filed his Complaint in this matter on July 19, 2011. (Filing No. 1.) Plaintiff has previously been given leave to proceed in forma pauperis. (Filing No. 5.) The court now conducts an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).

    Condensed and summarized, Plaintiff alleges that he was wrongfully terminated and defamed by his former employer, Farmland Foods ("Farmland"). (Filing No. 1.) Plaintiff recently raised identical claims in Case Number 8:11CV247. In that case, this court dismissed Plaintiff's Complaint on initial review because (1) "Plaintiff's wrongful termination claim against Farmland ha[d] been extinguished and [could not] be relitigated in this court" (Case No. 8:11CV247, Filing No. 6 at CM/ECF p. 5), and (2) Plaintiff failed "to establish subject matter jurisdiction for [his] defamation claims against Farmland" (*id.* at CM/ECF p. 6).

    The claims Plaintiff raises in this matter are identical to those raised in Case Number 8:11CV247. Accordingly, the court adopts the analysis set forth in its initial review of Plaintiff's Complaint in Case Number 8:11CV247. (*See* Case Number 8:11CV247, Filing No. 6.) As such,

IT IS THEREFORE ORDERED that:

1. Plaintiff's wrongful termination claims are dismissed with prejudice.

2. Plaintiff's defamation claims are dismissed without prejudice because this court lacks subject matter jurisdiction.

3. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 26th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.